**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **DELONTE SHAMIR SEASE,** | : | |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | **No. 26-cv-5853** |
| | : | |
| **DR. CRESHNER, *et al*.,** | : | |
| **Defendants.** | : | |

**O R D E R**

**AND NOW**, this 15th day of October, 2026, upon consideration of Plaintiff Delonte Shamir Sease's Motion to Proceed *In Forma Pauperis* (ECF No. 3), Prisoner Trust Fund Account Statement (ECF No. 4), *pro se* Complaint (ECF No. 1), and Motion to Appoint Counsel (ECF No. 5), it is **ORDERED** that:

1. The Motion for Leave to Proceed *In Forma Pauperis* (ECF No. 3) is **GRANTED** pursuant to 28 U.S.C. § 1915.

2. Delonte Shamir Sease, #QQ-3864, shall pay the full filing fee of $350 in installments, pursuant to 28 U.S.C. § 1915(b), regardless of the outcome of this case. The Court directs the Superintendent of SCI Phoenix or other appropriate official to assess an initial filing fee of 20% of the greater of (a) the average monthly deposits to Sease's inmate account; or (b) the average monthly balance in Sease's inmate account for the six-month period immediately preceding the filing of this case. The Superintendent or other appropriate official shall calculate, collect, and forward the initial payment assessed pursuant to this Order to the Court with a reference to the docket number for this case. In each succeeding month when the amount in Sease's inmate trust fund account exceeds $10.00, the Superintendent or other appropriate official shall forward payments to the Clerk of Court equaling 20% of the preceding month's

income credited to Sease's inmate account until the fees are paid. Each payment shall refer to the docket number for this case.

3. The Clerk of Court is **DIRECTED** to send a copy of this Order to the Superintendent of SCI Phoenix.

4. The Complaint is **DEEMED** filed.

5. For the reasons stated in the Court's Memorandum, Sease's Complaint is **DISMISSED IN PART WITH PREJUDICE** and **DISMISSED IN PART WITHOUT PREJUDICE**, as set forth in the Memorandum, as follows:

a. All official capacity claims are **DISMISSED WITH PREJUDICE**.

b. All claims against Dr. Creshner, Joseph Terra, Charles Hensley, and Lisa Durrand and the Eighth and Fourteenth Amendment claims against C. Ferrogine are **DISMISSED WITHOUT PREJUDICE** for failure to state a claim pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

6. The Clerk of Court is **DIRECTED** to send Sease a blank copy of the Court's standard form complaint for prisoners to use to file a complaint bearing the above civil action number.

7. Sease is given **thirty (30) days from the date of this Order** to file an amended complaint in the event he can allege additional facts to state plausible Eighth and Fourteenth Amendment claims. Any amended complaint shall identify all defendants in the caption of the amended complaint in addition to identifying them in the body of the amended complaint, shall state the basis for Sease's claims against each defendant, and shall bear the title "Amended Complaint" and the case number 26-5853. If Sease files an amended complaint, his amended complaint must be a complete document that includes all of the bases for Sease's claims,

including claims that the Court has not yet dismissed if he seeks to proceed on those claims. **For example, if Sease files an amended complaint, he must include in that amended complaint the allegations supporting his First Amendment retaliation claim asserted against Ferrogine, which have not been dismissed, if he seeks to proceed with this claim**. Claims that are not included in the amended complaint will not be considered part of this case. When drafting his amended complaint, Sease should be mindful of the Court's reasons for dismissing his claims as explained in the Court's Memorandum. Upon the filing of an amended complaint, the Clerk shall not make service until so **ORDERED** by the Court.

8. If Sease does not file an amended complaint the Court will direct service of his initial Complaint on Defendant C. Ferrogine as to the First Amendment retaliation claim only. Sease may also notify the Court that he seeks to proceed solely on this claim rather than file an amended complaint. If he files such a notice, Sease is reminded to include the case number for this case, 26-5953.

9. The Motion to Appoint Counsel (ECF No. 5) is **DENIED without prejudice**.

10. The time to serve process under Federal Rule of Civil Procedure 4(m) is **EXTENDED** to the date 90 days after the Court issues summonses in this case if summonses are issued.

**BY THE COURT:**

*/s/ Joseph F. Leeson, Jr.*

**JOSEPH F. LEESON, JR.**
**United States District Judge**